GOLBERG SEGALLA, LLP
*Attorneys For Defendant*
By Brian T. Stapleton, Esq. (CT13418)
100 Pearl Street
Hartford, CT 06103
(860) 241.0063 – tel
(860) 241-0062 – fax
bstapleton@goldbergsegalla.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN LUCAS & CHIOFFI, LLP, | : | Civil Action No.: 3:08-CV-01388 (MRK) |
| Plaintiff, | : | |
| -against- | | |
| | : | |
| BANK OF AMERICA , NATIONAL ASSOCIATION, | : | |
| Defendant. | : | November 30, 2009 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P.Rule 56(b), defendant **BANK OF AMERICA, NA** hereby moves for summary judgment dismissing all of plaintiff's claims. The facts and law supporting this motion are fully detailed in the accompanying Local Rule 56(a)1 Statement and Memorandum of Law.

            THE DEFENDANT,
            BANK OF AMERICA, NA,

            /s/ Brian T. Stapleton
           By: Brian T. Stapleton, Esq. (CT13418)
           GOLDBERG SEGALLA LLP

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Summary Judgment** was filed with the U.S. District Court for the District of Connecticut electronically via the District Court's CM/ECF filing system on the 30th day of November, 2009, and that pursuant to such filing a true and correct copy of the filed document was automatically and electronically served on the following CM/ECF participant. In addition, a true and correct copy of the foregoing was served upon the following by deposit in the United States mail, first class postage prepaid, this 30th day of November, 2009:

MARTIN, LUCAS & CHIOFFI, LLP
Mr. Scott Lucas, Esq.
177 Broad Street
Stamford, CT 06901
*Attorneys for Plaintiff*

    /s/ Brian T. Stapleton
Brian T. Stapleton, Esq. (CT13418)