# DECLARATION OF VIRGINIA L. GRAHAM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
MARTIN, LUCAS & CHIOFFI, LLP,       :
        Plaintiff       :
               :  CIVIL ACTION NO.
V.       :  3:08-CV-1388 (MRK)
               :
BANK OF AMERICA, N.A.       :
        Defendant       :  JANUARY 12, 2010
---------------------------------------------------x

## DECLARATION OF VIRGINIA L. GRAHAM

I, VIRGINIA L. GRAHAM, hereby declare the following:

1. I am an Office Administrator for the Greenwich office of Cummings & Lockwood, LLC.

2. In June, 2007, Cummings & Lockwood, LLC ("C&L") stored its clients' original wills and other estate planning documents in the "Will Vault" at Bank of America's ("BOA") Greenwich, Connecticut branch.

3. In June, 2007, C&L's clients' estate planning documents were stored in Vault 3 of the BOA Will Vault.

4. Due to a plumbing problem at BOA, a flood occurred in Vault 3 exposing many of C&L's clients' original documents to potential water damage. C&L learned of

the flood in Vault 3 when one of its representatives visited the vault on June 13, 2007, four days after the flood.

5.     In late July 2007, we noted dampness and the beginning of mold growth on some of our documents.  C&L retained Munters to help preserve its clients' original documents and minimize any damage to them.

6.     As a result of the efforts of Munters, none of C&L's clients' documents were so severely damaged as to require the client to re-execute those documents.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____
Virginia L. Graham